| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | McGREGOR W. SCOTT<br>United States Attorney<br>SAM STEFANKI<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | **FILED**<br>Dec 01, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>2617 Springflower Way<br>Modesto, California 95350 | CASE NO.   1:20-sw-0494-SKO<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: December 1, 2020

_Sheila K. Oberto_
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE